Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

FILED

Provided to UNITED STATES DISTRICT COURT
Okaloosa Correctional Institution          for the

on _____ 5/3/21 _____ *MIDDLE* District of *FLORIDA*

2021 MAY 10  PM 12: 32

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

*OCALA* Division

for mailing, by _____ *MARSHALL JACKSON*,

*DOUGLAS MARSHALL JACKSON,*

*The Church, ABYYAH Kingdom of*          Case No.   **5:21-cv-255.TPB.PRL**

*Yahweh African Hebrews (Jews)*          (to be filled in by the Clerk's Office)

*Religious Assembly,*
                    *The Claimants at Law,*

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

*MARK INCH, d/b/a Secretary,*

*J. BALDRIGEE, d/b/a Warden, and:*

*R. SCHMITT, d/b/a Assistant Warden,*
                    Defendant(s)

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)

**JURY TRIAL DEMANDED**

## COMPLAINT FOR VIOLATION OF *RELIGIOUS LIBERTIES*

(*The Church Non*-Prisoner Complaint)

*PURSUANT to TITLE 42 U.S.C.§ 2000cc RLUIPA*

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

*(1-of-20)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The *ClAiMANts At LAw puRSuANt to TITLE 42 USC 2000cc-5 (1) RLUIPA*

*CLAIMANT*

Provide the information below for each ~~plaintiff~~ named in the complaint. Attach additional pages if needed.

Name                          *DOUGLAS MARSHALL JACKSON (The Church)*

All other names by which
you have been known:          _____

ID Number                     *#823916*

Current Institution           *OKALOOSA CORRECTIONAL INSTITUTION (OCI)*

Address                       *3189 Colonel Greg Malloy Road*

                              *CRESTVIEW,   FLORIDA   32539-6705*
                                    City          State        Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name                          *MARK INCH,*
Job or Title *(if known)*     *d/b/a SecretARy for*
Shield Number
Employer                      *FLORIDA DEPT. OF CORRECTIONS (FDOC)*
Address                       *501 South Calhoun Street*
                              *Tallahassee,  FloRiDA 32399-2500*
                                    City          State        Zip Code
                              ☑ Individual capacity   ☑ Official capacity

Defendant No. 2
Name                          *J. BALDRIDGE,*
Job or Title *(if known)*     *d/b/a WARDeN for*
Shield Number
Employer                      *FLORIDA DEPT. OF CORRECTIONS (FDOC)*
Address                       *@ SUMTER CORRECTIONAL INSTITUTION (SCI)*
                              *9544 COUNTY ROAD 476-B*
                              *BUSHNELL, FLORIDA 33513*
                                    City          State        Zip Code
                              ☑ Individual capacity   ☑ Official capacity

*(2-of-20)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name _R. SCHMITT,_

Job or Title *(if known)* _d/b/a Assistant Warden for Programs for_

Shield Number _FLORIDA DEPT. OF CORRECTIONS (FDOC)_

Employer _@ SUMTER CORRECTIONAL INSTITUTION (SCI)_

Address _9544 COUNTY ROAD_

_BUSHNELL, FLORIDA  33513_

|  |  |  |
|---|---|---|
| City | State | Zip Code |

☑ Individual capacity    ☑ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

_____

|  |  |  |
|---|---|---|
| City | State | Zip Code |

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

    _TITLE 42 USC §2000cc RLUIPA Religious Liberty Claim_

☑ State or local officials (a § ▓▓▓ claim)

    _42 USC 2000cc RLUIPA Religious Liberty_

B.    Section ▓▓▓ allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § **2000**. If you are suing under section **2000** what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_ENTIRE U.S. CONGRESS enacted Federal LAW TITLE 42 U.S.C. §2000cc RLUIPA,_
_Plus 42 USC §1983 CIVIL RIGHTS And 1, 5, 8 And 14 Amendments,_
_U.S. CONSTITUTION And Declaration of Independence, respectively._

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Section 2000 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 2000. If you are suing under section 2000, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Each Named Defendants, Secretary INCH, Warden BALDRIDGE and Assistant Warden SCHMITT, through "DENIED" Petitions, Grievances And Letter "RESPONSES" have "BLANKET-DENIED" and "SUBSTANTIAL BURDEN" Any and all Practices of Religion Against African Hebrews "ABYYAH" Religion Practitioners @ SUMTER CI, Bushnell, Florida.

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☐  Convicted and sentenced state prisoner

☐  Convicted and sentenced federal prisoner

☑  Other *(explain)* The *Religious Assembly* (The Church) under TITLE 42 U.S.C. 2000cc-(a)(1) and 1(a) RLUIP and I COR. 3:16 and II COR. 6:16 THE HOLY BIBLE.

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

$$N/A$$

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

At SUMTER CI, Bushnell, Florida, from APRIL 25th 2019 through JULY 23rd 2020 (date of "RETALIATORY TRANSFER" for filing Grievances to practice the "ABYYAH" Religion @ SUMTER CI) because according to the Defendants, "The Religion 'Afrocentric Bayith Yahweh Yahdaim African Hebrews (ABYYAH)' is NOT a Religion RECOGNIZED by the Florida Department of Corrections. Until I (BALDRIDGE/SCHMITT) receive NOTICE from Regional (INCH) that this Religion is RECOGNIZED by the Florida Department of Corrections, "DENIED". Grievance RESPONSE, Log. 2004-307-020, 4/7/20.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.  What date and approximate time did the events giving rise to your claim(s) occur?

Starting April 25th, 2019 @ SUMTER CI, Bushnell, Florida, And CONTINUES DAILY TODATE At EVERY INSTITUTION who keep saying Your "ABYYAH" Religion is "NOT RECOGNIZED" by the Department!!!

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

[1] THAT, the Religion of AFROCENTRIC BAYITH YAHWEH YAHZIAIM AFRICAN HEBREWS" (hereafter "ABYYAH") is A Original Ancient (Over 6 Thousands Years Old) AFRICAN HEBREW (JEWISH) TRIBAL BIBLICAL-BASED ONLY RELIGION that have been "CERTIFIED" by THE FLORIDA DEPARTMENT OF STATE And, that THE FLORIDA LEGISLATURE have welcome "INTO OUR PRISON FACILITIES".
[2] THAT, the Undersigned "MAN" And "PROPHET OF YAHWEH" is the (CONTINUE ON PAGES 6-4 ATTACHMENTS) ←

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

(1) DEUTERONOMY 27, "CURSES" As promised by Almighty Yahweh AgAinst Any And All who fail-to-obey And do "All His (613) Laws";
(2) FAILED "RELEASE" from INCARCERATION due to Religious DisobediANCE;
(3) DEATHS of PARENTS (Mom/DAd), Sisters And Brother And Daughter;
(4) DAILY "Spiritual" Sufferings, pains, Agony, tortures, loses, stress, etc, directly due to the FORCED INABILITY to (A) OBEY YAHWEH's 613 LAWS And (b) PRACTICE YAHWEH's ABYYAH Kingdom & Yahweh Religion,
(5) DAILY "SPIRITUAL DEATH", And,
(6) PHYSICAL, MENTAL And SPIRITUAL Severe PAIN And SUFFERINGS, etc.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

(A) ORDER the Defendants to RECOGNIZE And ACCOMMODATE "ABYYAH" Religion @ the one (1) Central Location of SUMTER CI, Bushnell, Florida, GYM, REC-YARD And COMPLEX '2' designated Areas As directed by ABYYAH BOARD OF DIRECTORS;
(B) ORDER that Defendant INCH fully HONOR each Agency "FINAL ORDER" for "ABYYAH" petitioned "Religious Liberties" @ SUMTER CI, Bushnell, FlA.;
(C) ORDER the "RETURN" of the ClAimAnt JACKSON And All identified ABYYAH Religious Assembly (church) Citizens to SUMTER CI, Bushnell, FlA, GYM, REC-YARD And COMPLEX '2' designated Area that We mAy Practice the ABYYAH Tribal Religion
(D) GRANT INJUNCTIVE Relief As Requested And Needed;
(E) AWARD $70,000 Aday per Count of "SubstantiAl Burden "ABYYAH ReligiON PRActices And "DENIED" RECOGNition And "DENIED" Accommodations;
(F) AWARD $700,000 PUNITIVE DAMAGES Aday for "DENIED" RECOGNition;
(G) AWARD A TriAl by JURY, And;
(H) INJOIN Any And All further RETALIATIONS Against ABYYAH And All Citizens.

(5-of-20)

divined called, ANOINTED AND chosen "REGISTERED AGENT" AND "INCORPORATOR" for Almighty Yahweh's MATTHEW 4:17, THE HOLY BIBLE, divine created "ABYYAH Kingdom of Yahweh", No: N2000 0002791, "CERTIFIED" by the FLORIDA DEPARTMENT OF STATE, AND "WELCOMED" into the FLORIDA DEPARTMENT OF CORRECTIONS (FDOC) by THE FLORIDA LEGISLATURE!

3 THAT, there ARE HUNDREDS AND THOUSANDS of Almighty Yahweh's "called AND chosen", MATTHEWS 22:14, THE BOOK OF YAHWEH ("FOR MANY ARE called, but few ARE chosen"), AFRICAN HEBREWS (JEWISH) PRISONERS, STATE OF FLORIDA, who have "OBEYED" Yahweh's HOLY SPIRT CALL of ACTS 3:19, THE BOOK OF YAHWEH, to "REPENT" from the practice of sins AND, "CONVERT" back to Almighty YAHWEH's ANCIENT AFRICAN HEBREW (JEWISH) TRIBAL WAY OF LIFE DETAILED AND OUTLINED WITHIN THE PAGES OF "THE BOOK OF YAHWEH, THE HOLY (HEBREW) SCRIPTURES (A/K/A THE HOLY BIBLE'), high MORALS, ethical, lawful, civil And spiritual AFRICAN HEBREW (JEWISH) TRIBAL WAY-OF-LIFE!

4 THAT, Almighty Yahweh, is "The Havenly Father of the Hebrews", EXODUS 10:3, THE BOOK OF YAHWEH (A/K/A THE HOLY BIBLE), And, have "CALLED" His CHILDERN AFRICAN HEBREW (JEWISH) PRISONERS' back to Him!!!

5 THAT, the CLAIMANT At LAW, DOUGLAS MARSHALL JACKSON, ON FDOC STATE DEPARTMENT OF CORRECTION RECORDS/FILES is listed As Almighty YAHWEH's divine, sacred, holy (set-APART) AND created "Afrocentric Bayith Yahweh Yahdaim African Hebrews ('ABYYAH')" per "APPROVED" GRIEVANCE Response, Log# 1408-404-088, dated 8/15/14.

6 THAT, 2/20/15, the FDOC "APPROVED" A GRIEVANCE, Log# S240370, stating that, in part, that
> "Your Religion DOES EXIST
> AND you have been listed in
> the system AS 'OTHER'."

(6 -of-20)

7 THAT, IN NUMEROUS Agency "FINAL ORDER" Responses to the CLAIMANT at LAW, DOUGLAS MARSHALL JACKSON, and, ABYYAH RELIGIOUS ASSEMBLY (THE CHURCH) And MEMBERS, filed "RLUIPA PETITIONS" to "AMEND" Chapter 33-503.001 CHAPLAINCY SERVICES, FAC, to "RECOGNIZE" AND "ACCOMMODATE" the foregoing @ SUMTER CI, Bushnell, FLORIDA, that Defendant MARK INCH would Always "DENY" the filed "RLUIPA PETITIONS" on the grounds that All that the CLAIMANT JACKSON, and the ABYYAH RELIGIOUS ASSEMBLY (THE CHURCH) AND ABYYAH MEMBERS have Requested And have Asked for to "PRACTICE" AND "EXERCISE" their divine ABYYAH Kingdom of Yahweh AFRICAN Hebrew (Jewish) Religion @ SUMTER CI, Bushnell, FLORIDA,

(a) GYMNASIUM,

(b) COMPLEX '2', AND,

(c) REC-YARD

AREAS WAS ALREADY AVAILABLE to And for the CLAIMANT JACKSON, Almighty Yahweh's ABYYAH Kingdom of Yahweh And ABYYAH AFRICAN Hebrew (Jewish) Members And that the "70-COUNTS" of "SUBSTANTIAL BURDENS" IN VIOLATION of TITLE 42 U.S.C. § 2000cc RELIGIOUS LAND USE AND INSTITUTIONALIZED PERSONS ACT OF 2000 ("RLUIPA") Against ABYYAH's Religious Liberties, Free Exercise of Religion And the Practice of Religion WAS SIMPLY AN ISSUE of Defendants BALDRIDGE AND SCHMITT @ SUMTER CI, Bushnell, Florida,

NON-"COMPLIANCE with existing Rules AND should be Addressed VIA the Department's grievance procedure set forth IN Chapter 33-103, FAC "!!!

See, e.g, Defendant MARK INCH, d/b/a Secretary for FDOC, Signed And dated Agency "FINAL ORDERS" IN JACKSON, ETC,

(7-of-20)

V. MARX INCH, Issued in; but, Not limited to:

(1) DC NO: 2020-020 = Substantial Burdens And Blanket-Denied "10-COUNTS" of 'ABYYAH' Religious Liberties;

(2) DC2020-028 = Establishment of 'ABYYAH' Religious Community;

(3) DC2020-035 = Issue Agency Final Orders to practice 'ABYYAH' Religious Liberties;

(4) DC2020-042 = Create A Task Force to Enforce Agency Final Orders for 'ABYYAH's Religious Liberties;

(5) DC2020-058 = Provide 'ABYYAH' Religious Liberty Ministry with TITLE 42 U.S.C. §2000cc RLUIPA Land Use;

(6) DC2020-059 = Provide 'ABYYAH's Religious Headquarters And Space Accommodations;

(7) DC2020-060 = Enter into a Religious Liberty Partnership Contract with The 'ABYYAH' Church to provide Religious and Recreational Ministry Activities to the Inmate population Community;

(8) DC2020-063 = Enter into a CH. 33-601, 504(8), FAC ("The Department is AUTHORIZED to enter into CONTRACTS with... PRIVATE ORGANIZATIONS, including FAITH-BASED SERVICE GROUPS...") 'CONTRACT' with The 'ABYYAH' Church to bring 'NEEDED' Religious Services And Ministry to Florida Prisoners;

(9) DC2020-074 = Designate the 'EMPTY' And 'NOT UTILIZED' Complex '2' As a 'ABYYAH' Religion Faith And Character-Based Area;

(10) DC2020-0139 = Assign The Office of Inspector General (I.G. Office) to Enforce 'ABYYAH's Religious Liberties;

(11) DC2020-0143 = Establish the 'ABYYAH' Church Religion Faith And Character-Based @ One (1) Central Location @ SUMTER CI, Bushnell, Florida, GYMNASIUM, COMPLEX '2' AND REC-YARD AREAS;

(12) DC2020-0149= The 'ABYYAH' Church Request to "SPIRITUALLY MINISTER" to the unique and special "SPIRITUAL NEEDS" of forsaken and forgotten Tribal African Hebrews (Jews) "URBAN-YOUTH (YOUNG MEN)", and;

(13) DC2020-0155= ABOLISH The Florida Department of Corrections (FDC) Policy, Practices and Procedures systemic create system of FAILURES AND PROMOTED:

    (a) ILLEGAL DRUG USE!;

    (b) VIOLENCE!;

    (c) HOW TO BECOME A CAREER CRIMINAL!;

    (d) GANG ACTIVITIES!, and;

    (e) HOW TO PRACTICE SINS!

See "APPROVED GRIEVANCE," Log# 106-2010-149, 11/04/20,

[8] THAT, Defendant MARK INCH, d/b/a Secretary for FDOC, in Agency "FINAL ORDERS" did Aver that each of the above "13" Religious Liberties was AVAILABLE TO ABYYAH CHURCH (The CLAIMANT) and that the Issue was only the Defendants BALDRIDGE AND SCHMITT AND Other FDC Staffs:

> NON-"COMPLIANCE" with existing Rules And should be Addressed via the Department's grievance procedure set forth in Chapter 33-103, FAC,"

but, Defendant INCH failed to "ENFORCE" any Rule "COMPLIANCE"!

[9] THAT, when the CLAIMANT JACKSON @ SUMTER CI, Bushnell, Florida, "OBEYED" Defendant MARK INCH Advice And instructions in Agency "FINAL ORDERS" to "FILE GRIEVANCES" Against "SUBSTANTIAL BURDENS" and "BLANKET-DENIED" ABYYAH practices of Religion in violation of TITLE 42 U.S.C. § 2000cc RLUIPA, that, in "REPRISAL" AND "RETALIATION" for the "FILED GRIEVANCES" (Approx. April 2019 to July 2020) that the Defendants BALDRIDGE AND SCHMITT, with the "APPROVAL" of Defendant INCH, on July 23rd, 2020 did "RETALIATORY TRANSFER" the

Claimant JACKSON from SUMTER CI, Bushnell, Florida (Southwest Florida) to CENTURY CI, Century, Florida (Northwest Florida) near the ALABAMA/FLORIDA Stateline Nearly 1,000 Miles Away!!!

10 THAT, June 5th, 2020 Claimant JACKSON @ SUMTER CI, Bushnell, Florida, WAS SPECIFICALLY THREATENED WITH RETALIATORY TRANSFER by the Defendants INCH, BALDRIDGE and SCHMITT subordinate Agents LT. A. DOUGHERTY, d/b/a Administrative Lieutenant, And SGT REED, d/b/a Grievance Coordinator, for his FILED RLUIPA (RELIGIOUS LIBERTY AND STAFF COMPLAINT GRIEVANCES

11 THAT, June 5th, 2020, the GRIEVANCE OF REPRISAL RETALIATORY TRANSFER THREAT WAS As follows:

> "Don't let me call Central Office
> (Defendant INCH Office) And tell them
> I have a GRIEVANCE FILER I need
> to get TRANSFERRED, give them
> Your NAME AND DC NUMBER And
> HAVE YOU TRANSFERRED"!!!

12 THAT, July 23rd, 2020 (48-DAYS LATER) the "THREATENED" RETALIATION TRANSFER of June 5th, 2020 Against Claimant JACKSON WAS duly "EXECUTED" And Claimant JACKSON — in "REPRISAL" And "RETALIATION" for attempting to practice Almighty Yahweh's ABYYAH Kingdom of Yahweh Religion — WAS infact "RETALIATORY TRANSFERRED" from SUMTER CI (Southwest Florida) to CENTURY CI (Northwest Florida), respectively.

13 THAT, July 10th, 2020, both Defendants BALDRIDGE And SCHMITT "APPROVED" A Grievance of Reprisal, Log # 2005-307-113, Against the June 5th, 2020 "THREATENED RETALIATORY TRANSFER".

14 THAT, despite the "APPROVED GRIEVANCE" supra, "13-DAYS" later (July 10th to July 23rd) the PREPLANNED "RETALIATORY TRANSFER" from SUMTER CI to CENTURY CI

was "EXECUTED" against the CLAIMANT JACKSON for:

(a) OBEYING Defendant INCH Agency "FINAL ORDERS" to "FILE GRIEVANCES" to practice Religious Liberties, And,

(b) FILING GRIEVANCES to practice Religious Liberties!

[15] THAT, the CLAIMANT JACKSON believe And, the HOLY HEBREW SCRIPTURES teaches that:

> "CURSED is the one who does NOT uphold EVERY WORD of (Yahweh's 613) Law, by carrying it out",

cf: DEUTERONOMY 27:26, THE BOOK OF YAHWEH (AKA THE HOLY BIBLE). See, Also, ABYYAH's COVENANT, SECTION III TRESPASSES.

[16] THAT, the CLAIMANT JACKSON also believe And, the HOLY HEBREW SCRIPTURES further teaches that, He will be freely And 100% BLESSED "for His COMPLIANCE. See, e.g., DEUTERONOMY 28: 1-2, 12, THE BOOK OF YAHWEH (A/k/a THE HOLY BIBLE):

> "And it will be, IF you will LISTEN diligently to THE VOICE OF YAHWEH your FATHER, by OBSERVING And DOING ALL HIS (613) LAWS which I COMMAND YOU this day, that Yahweh your Father WILL set you (CLAIMANT JACKSON) HIGH Above ALL the NATIONS on EARTH As KINGS AND PRIESTS. And ALL THESE `BLESSINGS' will come upon you (CLAIMANT JACKSON), And ACCOMPANY you (CLAIMANT JACKSON), BECAUSE YOU (CLAIMANT JACKSON) OBEYED Yahweh your FATHER, Yahweh WILL... BLESS ALL THE WORK OF YOUR (CLAIMANT JACKSON) HANDS"!!!

See, Also, ABYYAH's COVENANT, SECTION III.

[17] THAT, by being FORCED-TO-VIOLATE And DISOBEY Almighty Yahweh's 613 LAWS And NOT PRACTICE Almighty Yahweh's divine, sacred, holy (set-Apart) And created ABYYAH

(11. of. 22)

Kingdom of Yahweh Religion, that, the Claimant JACKSON And 100's And 1000's of ABYYAH Religion Practitioners (Prisoners) "Residing in or confined to an Institution" within the Fla. Department of Corrections (FDOC) Are having their ABYYAH Kingdom of Yahweh Religion essential tenets Tribal African Hebrew (Jewish) beliefs, faith, practices, procedures, customs, rituals, manners and way-of-life severely and overwhelmingly "SUBSTANTIALLY BURDENED" And "BLANKET-DENIED" by the Defendants INCH, BALDRIDGE And SCHMITT policy, practice And procedure that:

> "The Religion "Afrocentric Bayith Yahweh Yahdaim African Hebrews (ABYYAH) is NOT RECOGNIZED by the Florida Department of Corrections,"

cf: GRIEVANCE RESPONSE, Log# 2004-307-020, 4/7/20, Signed Defendant BALDRIDGE And SCHMITT, upheld on GRIEVANCE APPEAL, Log# 20-6-13464, "FILED" by FDOC Agency Clerk's Office on May 8th, 2020, by Defendant MARK INCH OFFICE.

< COVID-19 RELIGIOUS IMMINENT DANGERS >

18 THAT, despite the current COVID-19 PANDEMIC that have KILLED MILLIONS And THREATEN PRISONERS LIVES And HEALTH @ SUMTER CI, Bushnell, Florida, And, State-wide, that the Defendants MARK INCH, J. BALDRIDGE And R. SCHMITT have NOT obeyed or followed Federal CDC or State DOH Required And Mandated COVID-19 PANDEMIC HEALTH, SAFETY And PROTECTION PROTOCOLS to "PROTECT" the Claimant JACKSON And All ABYYAH Kingdom of Yahweh African Hebrews (Jews) Religious Assembly (The Church) from the DEADLY COVID-19 VIRUS And VARIANCE have placed the Claimant JACKSON And All ABYYAH Kingdom of Yahweh Citizens (Prisoners), TITLE 42 U.S.C. §

(12-of-20)

2000cc-(a)(1) and (a) RLUIPA "residing in or confined to an institution" within the FDC, in IMMINENT DANGERS, HARMSWAY or ENDANGERMENTS to CONTRACT or DIE from the deadly and highly contagious COVID-19 VIRUS AND VARIANCE.

[19] THAT, specifically, Defendants INCH, BALDRIDGE and SCHMITT to "IMMINENT DANGER" the Claimant JACKSON and Almighty YAHWEH's ABYYAH Kingdom of Yahweh Tribal Religious Assembly (The Church) African Hebrews (Jews) to CONTRACT COVID-19 or VARIANCE and get "SICK" or "DIE" have "REFUSED" AND "DENIED" us our TITLE 42 U.S.C. § 2000cc RLUIPA guaranteed and protected "RELIGIOUS LIBERTY" AND "SEPARATION OF CHURCH AND STATE", cf. FIRST AMENDMENT, U.S. CONSTITUTION, "RIGHT" to practice and utilize Our Own Ancient African Hebrew (Jewish) "TORAH" prescribed= ULTRA-ORTHODOX KASHRUT (KOSHER) BIBLICAL HEALTH, SANITATION, SEPARATION (SOCIAL DISTANCES) AND SAFETY RELIGIOUS MEASURES/REMEDIES Not utilized by the Defendants INCH, BALDRIDGE and SCHMITT @ SUMTER CI and, throughout the FDOC."

[20] THAT, the Defendants INCH, BALDRIDGE and SCHMITT — IN PRACTICE and ACTION — ARE NOT even obeying or following basic "CDC" or "DOH" recommended "COVID-19 PROTOCOLS" for, but limited to:
(1) SOCIAL DISTANCING!
(2) WEARING of FACE-MASKS!
(3) Frequent Hand SANITIZING!
(4) Frequent SANITIZING of frequently touched AREAS!
(5) ISSUANCE of Needed SANITIZING Supplies!

(13-of-20)

(6) Adequate Housing!

(7) Adequate and Nutritious Diet!

etc, etc., AND, have NOT taken the current "COVID-19 Pandemic" serious

[21] THAT, the Claimant JACKSON's practice of Religion "ABYYAH" provide and Require ALL seven (7) of the above that the Defendants INCH, BALDRIDGE AND SCHMITT have 100% "SUBSTANTIALLY BURDENED" AND "BLANKET-DENIED" the CLAIMANT JACKSON AND ALL ABYYAH Kingdom of Yahweh Religious Assembly (The Church) Tribal Citizens to put US in IMMINENT DANGERS, HARMSWAY AND ENDANGER-MENTS!!!

[22] THAT, Absent Court "INTERVENTION" the CLAIMANT JACKSON, The Church, ABYYAH Kingdom of Yahweh African Hebrews (Jews) Religious Assembly will NEVER be Allowed to sincerely And faithfully "PRACTICE" their ANCIENT TRIBAL AFRICAN HEBREW RELIGION with the FDC.

[23] THAT, infact, just Recently APRIL 15th, 2021 the Defendant INCH Agents RACHEL C. CANTLER, Administrative Lieutenant, AND ALISON C. FORD, CLASSIFICATION Officer, @ OKALOOSA CI, Crestview, Florida, informed the CLAIMANT JACKSON that:

The Department will NEVER RECOGNIZE OR ACCOMMODATE the Religion of ABYYAH Kingdom of Yahweh Tribal African Hebrews (Jews) And that Claimant JACKSON will just have to ACCEPT that And WORSHIP, PRAY and PRACTICE his Religion ALONE, BY HIMSELF And WITHIN HIS CELL AND GROUP TOGETHER with ANyone else,

[24] THAT, the foregoings SUMS-UP the "ANTI" African (BLACK) Hebrew RACIST, BIAS, PREJUDICE AND DISCRIMINATION HATEFUL "SPIRT" of the Defendants!

(14- of 20)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☒ No

☐ Do not know

If yes, which claim(s)?
Denied Practice of Religion,
Retaliatory And Reprisal Transfer,
Reprisal And Retaliation for Filing Grievances, And,
Denied Adequate Religious Covid-19 Protection,

(15-of-20)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

Starting @ SUMTER CI, Bushnell, Florida

2.   What did you claim in your grievance?

RLUIPA Substantial Burdens, Denied Practice of Religion, Grievance of Reprisals, Retaliatory Transfer, Denied Adequate Covid-19 Protection And safety measures, Failures to Obey Secretary INCH Agency "Final Orders", etc.

3.   What was the result, if any?

Most "DENIED" And the ones "APPROVED" was Meaningless words on paper !!!

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

Appeals taken, All Appeals "DENIED" by Defendant INCH Central Office, Tallahassee, Florida !!!

(16-of-20)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.  If you did not file a grievance:

   1.  If there are any reasons why you did not file a grievance, state them here:

       *N/A*

   2.  If you did not file a grievance but you did inform officials of your claim, state who you informed,
       when and how, and their response, if any:

       *N/A*

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative
    remedies. *Despite Defendant INCH issued Agency "FINAL ORDERS"*
    *that All Claimant JACKSON and ABYYAH Releyton Requested and*
    *Needed was AVAilable in "COMPLIANCE WITH EXISTING RULES"*
    *Defendant INCH FAILED-TO-ENFORCE those "EXISTING RULES".!!!*
    (Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your
    administrative remedies.)

VIII.  **Previous Lawsuits**   *N/A, NON-INFORMA PAupers, FiLing Fee+ PAID.!!!*

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying
the filing fee if that prisoner has, on three or more prior occasions, while incarcerated or detained in any facility,
brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous,
malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent
danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

[ ] Yes

[ ] No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*(17-of-20)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☐ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

*(18-of-20)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☐ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3.   Docket or index number

   _____

4.   Name of Judge assigned to your case

   _____

5.   Approximate date of filing lawsuit

   _____

6.   Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____
   _____

(19-of-20)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        4/30/21

| | |
|---|---|
| Signature of Plaintiff | Douglas M. Jackson |
| Printed Name of Plaintiff | DOUGLAS MARSHALL JACKSON |
| Prison Identification # | 823916, OKALOOSA CI |
| Prison Address | 3189 Colonel GREG Road |
| | CRestview, FloRida 32539 |
| | City        State        Zip Code |

### B.   For Attorneys

Date of signing:        _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

     City       State       Zip Code

Telephone Number
E-mail Address

(20-of-20)

Douglas Marshall Jackson, #823916
Okaloosa Correctional Institution
3189 Colonel Greg Malloy Road
Crestview, Florida 32539

CLERK OF THE COURT
United States District Court
Middle District of Florida
207 N.W. 2nd Street
Ocala, Florida 34475-6666

344750000 0029

MAILED FROM OKALOOSA CORRECTIONAL INSTITUTION

SCREEN BY USMS

FOREVER / USA
FOREVER / USA
FOREVER / USA

Provided to
Okaloosa Correctional Institution

on _____

for mailing. by _____